In the Matter of the Application of K & K LEASING CORP. for a Certiorari Order against HARRIS H. MURDOCK and Others, and MICHAEL GATTO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM PLETMAN v. MYRON GOLDSOLL and GUARANTY TRUST COMPANY OF NEW YORK, Impleaded, etc. (Action No. 1.) MYRON GRAY, Formerly Known as MYRON GOLDSOLL, v. GUARANTY TRUST COMPANY OF NEW YORK. (Action No. 2.) MYRON GRAY v. ABRAHAM PLETMAN. (Action No. 3.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SALVATORE DI GRAZIA v. FRIDOLIN C. MEHLER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MAURICE FEUCHTWANGER v. CENTRAL HANOVER BANK AND TRUST COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

RIVERSIDE ST. CLAIR CORPORATION v. THE CITY OF NEW YORK.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARIE L. LENT, as Executrix, etc., of FREDERICK G. PRINGLE, Deceased, v. HERBERT J. ROHRBACH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

KONINKLIJKE LEDERFABRIEK " OISTERWIJK " N. V. v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KONINKLIJKE LEDERFABRIEK " OISTERWIJK " N. V. v. THE COMMERCIAL NATIONAL BANK AND TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KONINKLIJKE LEDERFABRIEK " OISTERWIJK " N. V. v. CENTRAL HANOVER BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LAWRENCE LIPKIN v. MACK LESTER.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present —Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPHINE PARKAS v. PETER PARKAS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

FRED HENTE v. SHERCOOP CORPORATION, Impleaded, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.